FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

## COMPLAINT

McKines JR
(Last Name)          (Identification Number)

Johnny          Lee
(First Name)      (Middle Name)

Forrest County Adult Detention Center
(Institution)

55 Arena Dr. Hattiesburg, MS 39401
(Address)

(Enter above the full name of the plaintiff, prisoner and address of plaintiff in this action)

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
NOV 21 2022
ARTHUR JOHNSTON
BY_____ DEPUTY

                V.          CIVIL ACTION NUMBER: 2:22-cv-159-HSO-BWR
                                                  (to be completed by the Court)

Forrest County Adult
Detention Center
55 Arena Drive
Hattiesburg, MS 39401

(Enter the full name of the defendant(s) in this action)

## GENERAL INFORMATION

A. At the time of the incident complained of in this complaint, were you incarcerated?
   Yes (✓)   No ( )

B. Are you presently incarcerated?
   Yes (✓)   No ( )

C. At the time of the incident complained of in this complaint, were you incarcerated because you had been convicted of a crime?
   Yes (✓)   No ( )

D. Are you presently incarcerated for a parole or probation violation?
   Yes ( )   No (✓)

E. At the time of the incident complained of in this complaint, were you an inmate of the Mississippi Department of Corrections (MDOC)?
   Yes (✓)   No ( )

F. Are you currently an inmate of the Mississippi Department of Corrections (MDOC)?
   Yes ( ✓)   No ( )

Page 1 of 4

## PARTIES

(In item I below, place your name and prisoner number in the first blank and place your present address in the second blank.)

I. Name of plaintiff: Johnny Lee McKines Jr    Prisoner Number: 197189

Address: 55 Arena Drive, Hattiesburg, Ms 39401

(In item II below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use the space below item II for the names, positions and places of employment of any additional defendants.)

II. Defendant: Charlie Sims is employed as Head of the Jail at Forrest County Adult Detention Center

The plaintiff is responsible for providing his/her address and in the event of a change of address, the new address of plaintiff as well as the name(s) and address(es) of each defendant(s). Therefore, the plaintiff is required to complete the portion below:

PLAINTIFF:

NAME: Johnny Lee McKines Jr.    ADDRESS: 55 Arena Drive Hattiesburg, Ms 39401

DEFENDANT(S):

NAME: Forrest County Adult Detention Center    ADDRESS: 55 Arena Drive Hattiesburg, Ms 39401

Page 2 of 4

## OTHER LAWSUITS FILED BY PLAINTIFF

**NOTICE AND WARNING**
The plaintiff must fully complete the following questions. Failure to do so may result in your case being dismissed.

A. Have you ever filed any lawsuits in a court of the United States?   Yes ( )   No (✓)

B. If your answer to A is yes, complete the following information for each and every civil action and appeal filed by you. (If there is more than one action, complete the following information for the additional actions on the reverse of this page or additional sheets of paper.)

CASE NUMBER 1.
1. Parties to the action: _____

2. Court (if federal court, name the district; if state court, name the county): _____

3. Docket Number: _____

4. Name of judge to whom case was assigned: _____

5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?) _____

CASE NUMBER 2.
1. Parties to the action: _____

2. Court (if federal court, name the district; if state court, name the county): _____

3. Docket Number: _____

4. Name of judge to whom case was assigned: _____

5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?) _____

**STATEMENT OF CLAIM**

Dear Clerk,

This Jailhouse officers put me in a cell without water for 48 hours also gave me the wrong medication that I was allergic too.

Which was Penicillan and it gave me a major outbreak. That I informed the Nurse two weeks ago and have yet to be treated.

The Jailhouse officers put a Inmate in the zone with me that Murdered my cousin. That Inmate later conspired with other Inmates to attack me. I had to get on the Kiosko to Inform authority of the attempt that was about to be made against my life.

III.   State here as briefly as possible the facts of your case. Describe how each defendant is involved. Also, include the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of different claims, number and set forth each claim in a separate paragraph. (Use as much space as you need; attach extra sheet(s) if necessary).

_____

_____

_____

_____

_____

_____

_____

_____

## RELIEF

IV.   State what relief you seek from the court. Make no legal arguments. Cite no cases or statutes.   Cash Settlement

_____

_____

Signed this  15  day of  November , 20 22  .

I declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

_Johnny Lee McKin Jr_
Signature of plaintiff

Page 4 of 4